UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA COULTER, RAMSEY COULTER, <br><br> Plaintiff, <br><br> vs. <br><br> PENN CREDIT CORPORATION, <br><br> Defendant. | ) Case No.: 5:19-CV-00142-JFL <br> ) <br> ) <br> ) <br> ) <br> ) **NOTICE OF DISMISSAL** <br> ) <br> ) <br> ) <br> ) <br> ) |

COME NOW Plaintiffs Joshua Coulter and Ramsey Coulter, by and through their attorney of record, dismissing Defendant Penn Credit Corporation from this action WITH prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 18th day of March, 2019.

                                                                                                                Respectfully Submitted,

                                                                                                                 /s/ Daniel Zemel_____
                                                                                                                Daniel Zemel Esq.
                                                                                                                Zemel Law, LLC
                                                                                                                1373 Broad St., Suite 203-C
                                                                                                                Clifton, New Jersey 07013
                                                                                                                Phone: 862-227-3106
                                                                                                                Email: dz@zemellawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2019 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the Courts ECF filing system.

                                                                               _/s/ Daniel Zemel___
                                                                                 Daniel Zemel